Richard E. Haskin, Esq.
Nevada State Bar # 11592
Timothy P. Elson, Esq.
Nevada State Bar # 11559
**GIBBS GIDEN LOCHER TURNER SENET & WITTBRODT LLP**
1140 N. Town Center Drive, Suite 300
Las Vegas, Nevada 89144-0596
(702) 836-9800

Attorneys for Plaintiff-In-Intervention
SILVERSTONE RANCH
COMMUNITY ASSOCIATION

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STEVE HELLERSTEIN, an individual; TOM ALLEN, an individual; JED ARMSTRONG, an individual; WENDY ARMSTRONG, an individual; LESLEY ALBERS, an individual; BILL TURNER, an individual; KEVIN BATTY, an individual; JON BRADFORD, an individual; MICHELLE BARDFORD, an individual; JOHN CLERKEN, an individual; KATHY CLERKEN, an individual; LYNNE ELLS, an individual; TOM ELLS, an individual; BOB GOMPERZ, an individual; ROBERT "GONZO" GONZALES, an individual; VIVIAN GONZALES, an individual; MARK GOODE, an individual; RITA GOODE, an individual; DENNY HIBLER, an individual; JEANNE HIBLER, an individual; MELANIE ELLS-HILL, an individual; DAVE HOLTER, an individual; JANIS HOLTER, an individual; MARK JOHNSON, an individual; HARRY KELMAN, an individual; CHANCE LARSEN, an individual; JEFFREY LEVIN, an individual; BILL MANN, an individual; WYNN MANN, an individual; TOM MASSON, an individual; AUDREY MASSON, an individual; JIM MEINEL, an individual; SAM MEINEL, an individual; WADE MOSEMAN, an individual; CASEY MOSEMAN, an individual; DICK NIELSEN, an individual; EDWARD PACKERT, an individual; ADELE PACKERT, an individual; LARRY SANTOS, an individual; MARLA SANTOS, an individual; RICK SCHMIDTKE, an individual; CANDY SCHMIDTKE, an individual; RICK | CASE NO.: 2:15-CV-01804-RFB-CWH<br><br>**PLAINTIFF-IN-INTERVENTION SILVERSTONE RANCH COMMUNITY ASSOCIATION'S STIPULATION AND ORDER TO CONTINUE RESPONSE DEADLINES TO VARIOUS MOTIONS** |

1

GIBBS GIDEN LOCHER TURNER SENET & WITTBRODT LLP

SHIELDS, an individual; ROXIE SHIELDS, an individual; ZANE STEMPLE, an individual; LUANN DEIBERT, an individual; GREG TWEDT, an individual; LINDA TWEDT, an individual; WILLIAM A. WALTER, an individual; MURIEL J. WALTER, an individual; MIKE WEISS, an individual; NANCY WEISS, an individual; JACK WELLS, an individual; PATTI WELLS, an individual; JOE MIR, an individual; FARHAT MIR, an individual; STEVE MERRILL, an individual; KATHEY MERRILL, an individual,,

      Plaintiff,

v.

DESERT LIFESTYLES, LLC, a California limited liability company; WESTERN GOLF PROPERTIES, LLC, a California limited liability company registered in the State of Nevada as a foreign limited liability company; and DOE Individuals I-X and ROE Entities I-X, inclusive,,

      Defendants.

SILVERSTONE RANCH COMMUNITY ASSOCIATION, a Nevada non-profit corporation,

      Plaintiff in Intervention,

v.

DESERT LIFESTYLES, LLC, a California limited liability company; WESTERN GOLF PROPERTIES, LLC, a California limited liability company registered in the State of Nevada as a foreign limited liability company; STONERIDGE PARKWAY, LLC, a California limited liability company; and DOE Individuals I-X and ROE Entities I-X, inclusive,

      Defendants in Intervention.

///

///

1890975.1

# PLAINTIFF-IN-INTERVENTION SILVERSTONE RANCH COMMUNITY ASSOCIATION'S STIPULATION AND ORDER TO CONTINUE RESPONSE DEADLINES TO VARIOUS MOTIONS

COMES NOW Plaintiff-In-Intervention SILVERSTONE RANCH COMMUNITY ASSOCIATION ("Silverstone"), Defendants DESERT LIFESTYLES, LLC, and WESTERN GOLF PROPERTIES, LLC (both referred to as Desert Lifestyles) and Defendant-In-Intervention STONERIDGE PARKWAY, LLC (Stoneridge) (all collectively referred to as the "Parties") by and through their undersigned counsel, and hereby stipulate and agree as follows:

1. On April 27, 2017, Stoneridge filed its motion to remand (Doc. 223). Thereafter, on April 28, 2017, Desert Lifestyles filed its joinder to Stoneridge's motion to remand. (Doc. 233).

2. On April 27, 2017, Danny Modab filed a motion for intervention to file a response to Silverstone's motion for leave to amend. (Doc. 229).[1]

3. On April 28, 2017, Desert Lifestyles filed its motion to dismiss. (Doc. 231).

4. Given the substantive nature of the filing, certain personal matters involving counsel,[2] the parties agree that Silverstone should be permitted some additional time to file its responses to these matters, as well as any other matter that required a responsive pleading this week, if such other matters exist, Silverstone respectfully seeks two (2) additional judicial days (and with respect to certain pleadings, one (1) judicial day) with respect to this briefing. The requested extensions will cause no prejudice to any parties in this action.

///

---

[1] This document was originally submitted in the filing systems as a response instead of a separate motion. Whether this was correct is immaterial to this stipulation. The parties agree that Silverstone's responsive filing, whether a response or reply, should be filed in accordance with the timeframes set forth herein.

[2] Mr. Elson is celebrating the birth of his first child on May 10, 2017.

3

1890975.1

5. As such, the parties agree that Silverstone's responses to the pleadings set forth herein, or any other matter that has a responsive pleading deadline this week, will be due on Monday, May 15, 2017.

6. Should any party choose to submit a filing in response to Silverstone's responses, the deadline to do so will be calculated from Monday, May 15, 2017.

7. Good cause exists to extend the response dates for the reasons set forth herein. The continuances will not prejudice any party but instead allow the matters to be more fully briefed and provide better judicial efficiency. Fed. R. Civ. P. 1 (requiring that the rules be "construed, administered, and employed by the court and the parties to secure the just, speedy, and inexpensive determination of every action and proceeding").

DATED: May 11, 2017　　　GIBBS GIDEN LOCHER TURNER
　　　　　　　　　　　　　　SENET & WITTBRODT LLP

　　　　　　　　　　　　　　By:　　　/s/ Timothy Elson
　　　　　　　　　　　　　　　　Timothy Elson, Esq.
　　　　　　　　　　　　　　　　Nevada State Bar # 11559
　　　　　　　　　　　　　　　　1140 N. Town Center Drive, Suite 300
　　　　　　　　　　　　　　　　Las Vegas, Nevada 89144-0596
　　　　　　　　　　　　　　　　Attorneys for Plaintiff-In-Intervention
　　　　　　　　　　　　　　　　SILVERSTONE RANCH COMMUNITY
　　　　　　　　　　　　　　　　ASSOCIATION, INC.

DATED: May 11, 2017　　　WINSTON & STRAWN LLP

　　　　　　　　　　　　　　By:　　　/s/Saul S. Rostamian
　　　　　　　　　　　　　　　　Saul S. Rostamian, Esq.
　　　　　　　　　　　　　　　　333 S. Grand Avenue
　　　　　　　　　　　　　　　　Los Angeles, California 90071-1543
　　　　　　　　　　　　　　　　Attorneys for Defendant-in-Intervention
　　　　　　　　　　　　　　　　STONERIDGE PARKWAY, LLC

1890975.1

| | |
|---|---|
| DATED: May 11, 2017 | HOLLEY DRIGGS WALCH FINE WRAY PUZEY & THOMPSON |

By: /s/Brian W. Boschee
Brian W. Boschee, Esq.
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Attorneys for Defendants
DESERT LIFESTYLES and WESTERN GOLF PROPERTIES, LLC

## ORDER

1. GOOD CAUSE APPEARING, AND BY STIPULATION OF THE PARTIES, IT IS HEREBY ORDERED, Plaintiff-In-Intervention SILVERSTONE RANCH COMMUNITY ASSOCIATION deadline to file its responses to the motions identified herein shall be continued as set forth above.

IT IS SO ORDERED.

DATED: May 12, 2017.    By: _[signature]_
RICHARD F. BOULWARE, II
United States District Judge

# CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of May, 2017, the foregoing document entitled: **PLAINTIFF-IN-INTERVENTION SILVERSTONE RANCH COMMUNITY ASSOCIATION'S STIPULATION AND ORDER TO CONTINUE RESPONSE DEADLINES TO VARIOUS MOTIONS** was served via electronic service through the United States District Court for the District of Nevada's ECF System upon each party in the case who is registered as an electronic case filing user with the Clerk.

_____
An employee of GIBBS GIDEN LOCHER
Turner, Senet & Wittbrodt LLP

1

1890975.1